# [J-51-2018]
## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 720 CAP |
| | : | |
| Appellee | : | Appeal from the Order dated |
| | : | 12/8/2015 in the Court of Common |
| | : | Pleas, Cumberland County, Criminal |
| v. | : | Division at No. CP-21-CR-0001183- |
| | : | 1996 |
| | : | |
| ANTYANE ROBINSON, | : | SUBMITTED:  June 11, 2018 |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of December, 2018, the order of the court of common pleas is affirmed by operation of law, as the votes among the participating Justices are equally divided.  Appellant's Motion to Disqualify the Cumberland County District Attorney's Office is denied as moot.

Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this case.